UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-CV-20532-RAR

**MEGAN DINGUS**,

    Plaintiff,

v.

**NCL (BAHAMAS) LTD.**,

    Defendant.
_____/

## ORDER TO PERFECT SERVICE

**THIS CAUSE** comes before the Court *sua sponte*. This case was filed on February 5, 2025, [ECF No. 1], and on February 5, 2025, a summons was issued as to Defendant NCL (BAHAMAS) LTD., [ECF No. 3]. To date, there is no indication in the court file that Defendant has been served with the summons or the Complaint. Rule 4(m) of the Federal Rules of Civil Procedure requires service of the summons and complaint to be perfected upon a defendant within 90 days after the filing of the complaint. It is therefore

**ORDERED AND ADJUDGED** that on or before **May 6, 2025**, Plaintiff shall perfect service upon Defendant or show good cause as to why this action should not be dismissed for failure to perfect service of process. Failure to file proof of service or show good cause by **May 6, 2025**, will result in a dismissal of this action without further notice.

**DONE AND ORDERED** in Miami, Florida, this 7th day of March, 2025.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**